JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA N. MENDOZA, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>CONSOLIDATED CONTAINER COMPANY LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 8:22−cv−00348−JLS−DFM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(ii) (Doc. 17)** |

Based on the Joint Stipulation to Dismiss the Entire Action with Prejudice Pursuant to F.R.C.P. Rule 41(A)(1)(ii) (Doc. 17), submitted by Plaintiff Maria Mendoza ("Plaintiff") and Defendant ALTIUM PACKAGING, LP formerly known as CONSOLIDATED CONTAINER COMPANY LP, erroneously sued as CONSOLIDATED CONTAINER COMPANY, LLC ("Defendant"), the Court HEREBY ORDERS this entire action dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

DATED: October 27, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE